**AMCA**
AMERICAN MEDICAL COLLECTION AGENCY
4 Westchester Plaza Suite 110, Elmsford, NY 10523



January 2, 2017

03 L3Q SYT 669 216NB584424
Pin Number: ▇▇▇▇1671
(844) 515-2622

63

Sarah Heerbrandt
46 Meyer Ln
Medford, NY  11763-4117

Dear Sarah Heerbrandt:

Your account is **SERIOUSLY DELINQUENT** and we must advise you as follows:

This agency seeks collection of this long overdue bill for services provided by our client, **Quest Diagnostics Incorporated**.

Your debt in the amount of **$52.80** is for laboratory tests ordered by your physician.

Your lack of response suggests you assume responsibility for this debt.

Your account information has been placed with our agency for the purpose of obtaining payment.

You can resolve this matter quickly and easily by sending payment in full without delay.  Otherwise, we must inform you that further collection efforts will be pursued.

L3Q-L - RMCB.WFD - 722435 - 00015380 - 1 of 1

SEE REVERSE SIDE FOR IMPORTANT INFORMATION.    Detach and return this portion with payment using enclosed envelope.

| Amount Due: | $52.80 |
|---|---|

To pay online: **pay.amcaonline.com**
☐ VISA    ☐ MASTERCARD    ☐ DISCOVER
Card #:
Exp. Date:                        Amount:
Signature:
Client Code: SYT          Invoice: ▇▇▇▇4424
Pin Number: ▇▇▇▇1671
03 L3Q SYT 669

| Service Provider: | Quest Diagnostics Incorporated |
|---|---|
| Date of Service | January 4, 2016 |
| Invoice Number | ▇▇▇▇4424 |
| Pin Number: | ▇▇▇▇1671 |
| Name: | Sarah Heerbrandt |
| Street Address: | 46 Meyer Ln |
| City, State Zip: | Medford, NY 11763-4117 |

AMCA
PO BOX 1235
ELMSFORD, NY 10523-0935

▇▇▇▇4424+++++9

IMMEDIATE PAYMENT REQUIRED

The disclosures below are required by state or federal law. This is not intended to be a complete statement of all rights consumers may have under state and federal law.

"This is an attempt to collect a debt. Any information obtained will be used for that purpose." This communication is from a debt collector.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice, that the debt or any portion thereof is disputed, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

△ Detach along this edge. △
Return the Bottom portion with your check, credit card information or money order.
Include your account number, name and address on all correspondence.

Thank you for your attention to this matter.