**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Sarah Heerbrandt, individually and on behalf of all
others similarly situated,

                Plaintiff,

                -against-

Retrieval-Masters Creditors Bureau, Inc. d/b/a
American Medical Collection Agency,

                Defendant.

Docket No: 2:17-cv-04810-LDW-AKT

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or
their respective counsel(s) that the above-captioned action is voluntarily dismissed with
prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear
its respective attorney's fees and costs.

Dated: February 7, 2018

**HINSHAW & CULBERTSON LLP**

By:   /s Matthew Corwin
Matthew Corwin, Esq.
800 Third Avenue
New York, New York 10022
Tel: (212) 471-6220
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By:   /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 113116
*Attorneys for Plaintiff*