**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 12 2018 ★

LONG ISLAND OFFICE

Sarah Heerbrandt, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

Retrieval-Masters Creditors Bureau, Inc. d/b/a American Medical Collection Agency,

Defendant.

Docket No: 2:17-cv-04810-LDW-AKT

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs. Case closed.

Dated: February 7, 2018

| | |
|---|---|
| **HINSHAW & CULBERTSON LLP** | **BARSHAY SANDERS, PLLC** |
| By: /s Matthew Corwin | By: /s Craig B. Sanders |
| Matthew Corwin, Esq. | Craig B. Sanders |
| 800 Third Avenue | 100 Garden City Plaza, Suite 500 |
| New York, New York 10022 | Garden City, New York 11530 |
| Tel: (212) 471-6220 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 113116 |
| | *Attorneys for Plaintiff* |

So Ordered:
Central Islip, NY
February 12, 2018

S/ Leonard D. Wexler

LEONARD D. WEXLER, USDJ